UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATAN COHEN,

       Plaintiff,                              Case No. 24-cv-10927

v.                                       HON. MARK A. GOLDSMITH

MANGROVE MOTORSPORTS
LLC et al.,

       Defendants.

_____/

## ORDER DENYING MOTION TO DISMISS (Dkt. 24) WITHOUT PREJUDICE

Defendant Rory Lamberton filed a motion to dismiss in the above-captioned action on September 20, 2024 (Dkt. 24).   After a status conference on October 16, 2024, the Court directed Plaintiff Matan Cohen to file, by November 1, 2024, either an amended complaint or a response to Lamberton's motion to dismiss.   See 10/24/24 Order (Dkt. 28).

On November 1, 2024, Cohen timely filed an amended complaint (Dkt. 31).   Accordingly, the Court denies without prejudice Lamberton's motion to dismiss (Dkt. 24).   Defendants shall file their responses to the amended complaint within two weeks of the issuance of this order.   If Defendants file a motion in response to the amended complaint, the briefing schedule set forth in Local Rule 7.1(e) shall apply.

       SO ORDERED.

Dated:  November 12, 2024                        s/Mark A. Goldsmith
        Detroit, Michigan                      MARK A. GOLDSMITH

1

United States District Judge